VENABLE LLP
Michael J. O'Connor (SBN 90017)
Ken D. Kronstadt (SBN 259996)
Email: MJO02@venable.com
       KDKronstadt@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:    (310) 229-9900
Facsimile:    (310) 229-9901

Whitney L. Tolar (SBN 324112)
Email: WLTolar@venable.com
101 California Street, Suite, 3800
San Francisco, CA 94111
Telephone:    (415) 653-3726
Facsimile:    (415) 653-3755

Attorneys for Plaintiff McCarthy Building Companies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MCCARTHY BUILDING COMPANIES, INC., a Missouri corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY, an Illinois insurance company, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania insurance company, and DOES 1-50,<br><br>Defendants. | Case No.: 3:21-cv-06041-VC<br><br>**STIPULATION OF DISMISSAL** |

2640273.2

WHEREAS, McCarthy Building Companies, Allianz Global Risks U.S. Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pa. (collectively, the "Parties," or, individually a "Party") have resolved the above-captioned action to the Parties' mutual satisfaction.

IT IS ACCORDINGLY STIPULATED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action should be dismissed with prejudice, with each Party to bear its own attorneys' fees and costs.

Dated: September 6, 2022         VENABLE, LLP

By:      /s/ Ken D. Kronstadt
     Michael J. O'Connor
     Ken D. Kronstadt

Attorneys for Plaintiff McCarthy Building Companies, Inc.


DATED: September 6, 2022         BULLIVANT HOUSER BAILEY PC

By:      /s/ Samuel H. Ruby
     Samuel H. Ruby

Attorneys for Defendants Allianz Global Risks U.S. Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA


## ATTESTATION REGARDING SIGNATURES

I, Ken D. Kronstadt, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 6, 2022         By:   /s/ Ken D. Kronstadt
     Ken D. Kronstadt